# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Houweling Intellectual Properties, Inc.**
vs.

**BFF Louisa 1 LLC**

Action No:   3:23cv46
Date:   11/13/2023
Judge:   Robert S. Ballou
Court Reporter:   J. Webb
Deputy Clerk:   K. Brown

Plaintiff Attorney(s)
Jaye Heybl*
Stephen Noona
Douglas Hahn

Defendant Attorney(s)
Devon Beane*
Rebekah Hill
McNair Nichols, Jr.
Andrew Liao
Jason Engel
Laxman Ramu

PROCEEDINGS:
10:00
Parties present and represented by counsel.   All parties present on screen.
Oral argument in re: [7] and [22] Motions Dismiss or, in the Alternative, Stay
Order forthcoming.
Adjourned.
10:25


Time in Court:   25 min