## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| HOUWELING INTELLECTUAL PROPERTIES, INC., a Delaware Corporation, and BEHEER 141 B.V., a Dutch Company,<br><br>        Plaintiffs,<br>v.<br><br>BFF LOUISA 1 LLC, a Delaware Limited Liability Company<br><br>        Defendant. | Civil Action No. 3:23-cv-00046-RSB |

### NOTICE OF APPEARANCE OF DOUGLAS Q. HAHN

Plaintiffs Houweling Intellectual Properties, Inc. ("Houweling") and Beheer 141 B.V. doing business as Kubo ("Kubo") (collectively "Plaintiffs"), by counsel, file this Notice of Appearance notifying the Court that Douglas Q. Hahn, of the law firm of Stradling Yocca Carlson & Rauth, will serve as counsel for Plaintiffs in this matter.

Dated: November 20, 2023

Respectfully submitted,

**HOUWELING INTELLECTUAL PROPERTIES, INC.**
**and**
**BEHEER 141 B.V.**

*/s/ Douglas Q. Hahn*
Stephen E. Noona
VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624.3239
Facsimile: (888) 360.9092
senoona@kaufcan.com

Catrina C. Waltz
VSB No. 98446
KAUFMAN & CANOLES, P.C.
1021 East Cary Street, Suite 1400
Richmond, VA 23219
Telephone: (804) 771.5744
Facsimile: (888) 360.9092
ccwaltz@kaufcan.com

Jaye G. Heybl
CA Bar No. 167110  (*Pro Hac Vice*)
STRADLING YOCCA CARLSON & RAUTH
3075 Townsgate Road, Suite 330
Westlake Village, CA 91361
Telephone: (805) 730.6828
jgheybl@stradlinglaw.com

Douglas Q. Hahn
CA Bar No. 257559 (*Pro Hac Vice*)
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Telephone: (949) 725.4138
dhahn@stradlinglaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on November 20, 2023, the foregoing Motion for *Pro Hac Vice* admission of Jaye G. Heybl was filed with the Court via CM/ECF, thereby effecting service on all counsel of record.

*/s/ Douglas Q. Hahn*

22002432v1