IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| HOUWELING INTELLECTUAL PROPERTIES, INC., a Delaware Corporation, and BEHEER 141 B.V., a Dutch Company,<br><br>        Plaintiffs,<br>v.<br><br>BFF LOUISA 1 LLC, a Delaware Limited Liability Company<br><br>        Defendant. | Civil Action No. 3:23-cv-00046-RSB |

## NOTICE OF CHANGE OF FIRM NAME

TO THE HONORABLE COURT, THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, Stradling Yocca Carlson & Rauth PC, has changed its firm name to Stradling Yocca Carlson & Rauth LLP. The firm's electronic mail addresses, physical address, telephone numbers, and facsimile number will remain unchanged. Please update your records accordingly to reflect this name change.

Dated: January 3, 2024

Respectfully submitted,

**HOUWELING INTELLECTUAL PROPERTIES, INC.**
**and**
**BEHEER 141 B.V.**

*/s/ Jaye G. Heybl*
Stephen E. Noona
VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665

Telephone: (757) 624.3239  
Facsimile: (888) 360.9092  
senoona@kaufcan.com

Catrina C. Waltz  
VSB No. 98446  
KAUFMAN & CANOLES, P.C.  
1021 East Cary Street, Suite 1400  
Richmond, VA 23219  
Telephone: (804) 771.5744  
Facsimile: (888) 360.9092  
ccwaltz@kaufcan.com

Jaye G. Heybl  
CA Bar No. 167110  (*Pro Hac Vice*)  
STRADLING YOCCA CARLSON & RAUTH LLP  
3075 Townsgate Road, Suite 330  
Westlake Village, CA 91361  
Telephone: (805) 730.6828  
jgheybl@stradlinglaw.com

Douglas Q. Hahn  
CA Bar No. 257559 (*Pro Hac Vice*)  
STRADLING YOCCA CARLSON & RAUTH LLP  
660 Newport Center Drive, Suite 1600  
Newport Beach, CA 92660  
Telephone: (949) 725.4138  
dhahn@stradlinglaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on January 3, 2024, the foregoing Change of Firm Name was filed with the Court via CM/ECF, thereby effecting service on all counsel of record.

*/s/ Jaye G. Heybl*

22002432v1