CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
5/12/2024
LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| HOUWELING INTELLECTUAL PROPERTIES, INC., and BEHEER 141 B.V., | ) ) ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 3:23-cv-00046 |
| BFF LOUISA 1 LLC, | ) ) ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is hereby dismissed with prejudice, with each party to bear their own attorneys' fees, expenses, and costs.

Entered:  May 12, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge

1