IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| HOUWELING INTELLECTUAL PROPERTIES, INC., and BEHEER 141 B.V., <br><br> Plaintiff, <br><br> v. <br><br> BFF LOUISA 1 LLC, <br><br> Defendant. | ) ) ) ) ) ) Civil Action No.: 3:23-cv-00046 ) ) ) ) ) |

**AGREED ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is hereby dismissed with prejudice, with each party to bear their own attorneys' fees, expenses, and costs.

Entered: May 12, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge

1